IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANTON GABLE OWINGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:14-cv-01066 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Brown |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Anton Gable Owings' Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 14). Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 20 at 25.) Owings filed a Reply objecting to the recommendation that the Administrative Law Judge ("ALJ") properly evaluated the combined effect of all of Owings' impairments. (Doc. No. 21.)

Upon review of the record, the Court agrees with the Magistrate Judge that the ALJ's conclusions are supported by substantial evidence. Accordingly, the Court **ADOPTS** the Report in its entirety, **DENIES** Plaintiff's Motion, and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the  21st    day of September, 2015.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT